AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**02/02/2026**
**Clerk, U.S. District Court**
**Western District of Texas**

By: _____**FMorales**_____
**Deputy**

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: EP:26-M -00557(1) - MAT |
| | § |
| (1) JUAN PEREZ-GUTIERREZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 31, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557
in violation of Title _____**8**_____ United States Code, Section(s) ____**1326(a)**____

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: *"The DEFENDANT, Juan PEREZ-Gutierrez, an alien to the United States and a citizen of Mexico was*

*found approximately 1.22 miles west of the Paso del Norte Port of Entry in El Paso, Texas in the Western*

*District of Texas.  From statements made*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

_/s/ SANCHEZ, ALFREDO_____
Signature of Complainant
Border Patrol Agent

February 02, 2026_____
Date

at   EL PASO, Texas_____
City and State

MIGUEL A. TORRES_____
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN**
**AT 2:00  P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:26-M -00557(1)

WESTERN DISTRICT OF TEXAS

(1) JUAN PEREZ-GUTIERREZ

FACTS  (CONTINUED)

by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 09/17/2025 through Harlingen, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been granted 1 voluntary departure(s), the last on August 10, 2025, through ALEXANDRIA, LA
The DEFENDANT has been removed 1 time(s), the last one being to MEXICO on September 17, 2025, through HARLINGEN, TX


CRIMINAL HISTORY:
None Found